AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

NOV - 9 2019

**SOUTHERN** **DISTRICT OF** **TEXAS**

David J. Bradley, Clerk

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

Efrain Rangel-Jimenez

## CRIMINAL COMPLAINT

Case Number:   M-19-2742-M

IAE   YOB:   1986
**Mexico**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 7, 2019** in **Starr** County, in the **Southern** District of **Texas**
(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Efrain Rangel-Jimenez was encountered by Border Patrol Agents near Roma, Texas on November 7, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on November 7, 2019, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on July 8, 2019 through Brownsville, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on November 9, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Maria Guerrero
Signature of Complainant

November 9, 2019            3:48 p.m.

Maria Guerrero            Border Patrol Agent

*Peter E Ormsby* (signature)

**Peter E. Ormsby**            , U.S. Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer